STATE v. JONES

No. 100 PC.

Case below: 32 N.C. App. 408.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 May 1977.

STATE v. LEWIS

No. 86 PC.

Case below: 32 N.C. App. 471.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.

STATE v. LILLY

No. 87 PC.

Case below: 32 N.C. App. 467.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.

STATE v. PAGE

No. 83 PC.

Case below: 32 N.C. App. 478.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.

STATE v. STEWARDSON

No. 88 PC.

Case below: 32 N.C. App. 344.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.